# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 12, 2015

Robert P. Young, Jr.,
Chief Justice

149043(75)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

LINDA C. HODGE,
       Plaintiff-Appellant,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
       Defendant-Appellee.

_____/

SC: 149043
COA: 308723
Wayne CC: 10-012109-AV

     On order of the Chief Justice, the motion of the defendant-appellee to extend the time for filing its brief on appeal is GRANTED. The brief will be accepted as timely filed if submitted on or before May 18, 2015.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 12, 2015

